UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHARLES E. ROBERTS                          JURY TRIAL DEMANDED

v.                                          CASE NO.  3:09CV

CREDIT BUREAU OF NAPA COUNTY, INC.
       d/b/a/ CHASE RECEIVABLES

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § 1692;  the Connecticut Creditor Collection Practices Act, Conn. Gen. Stat. § 36a-645 and regulations issued thereunder; or the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §1331, § 1367.

3. Plaintiff is a natural person who resides in Connecticut.

4. Plaintiff is a consumer within the FDCPA.

5.  Defendant is a debt collector within the FDCPA.

6. Defendant violated the FDCPA in connection with collection efforts on behalf of a Verizon account.

7. Defendant added $139.58 collection fee to the principal balance which was not expressly authorized by the agreement creating the debt or permitted by law.

FIRST COUNT

8.  In the collection efforts,  defendant violated the FDCPA, *inter alia*, § 1692e, -f, or -g.

SECOND COUNT

9. Within three years prior to the date of this action Defendant engaged in acts and practices as to plaintiff in violation of the Creditors' Collection Practices Act, §36a-645 *et seq.*, or the Consumer Collection Agency Act, § 36a-800 *et seq.* Conn. Gen. Stat.

10. Defendant committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for each communication and from defendant;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law or equity may provide.

        THE PLAINTIFF

        BY__/s/ Joanne S. Faulkner__
        JOANNE S. FAULKNER ct04137
        123 AVON STREET
        NEW HAVEN, CT 06511-2422
        (203) 772-0395
        faulknerlawoffice@snet.net